United States District Court
Southern District of Iowa

Presiding:   Honorable
Criminal No.                              :     Clerk's Court Minutes - Plea
..............................................................................................................................

United States of America              :     Gov. Atty(s)
      vs.                             :     Def. Atty(s)
                                      :     Court Reporter:
                                      :     Interpreter:
                                      :

..............................................................................................................................
Date:                                 :           Indictment         Superseding Indictment
Time Start:                           :                              Information
Time End:                             :     In          Counts - Code Violation:
......................................................  :

Waiver of Indictment filed:
Information filed:
Arraignment conducted:
Plea Agreement filed:                       Court satisfied with:
Plea agreement terms                        Factual basis:
   acceptable to Court:                    Voluntariness:
Statement by deft. In advance          Competency to plea:
   of plea of guilty filed:                Court accepts plea:
Deft. Plea of guilty                        Court rejects plea:
   count(s):                                Status Conference set for:
Defendant Sworn:                            Bond previously set:
Deft. advised of sentencing                 Bond continued:
   guidelines:                              Bond changed to:
Deft. advised of crime               Deft. Committed:
   victim fund assessment:
Deft. Advised of right to
   jury trial:
Detention hearing conducted:
..............................................................................................................................
Minutes:

                                                                         
                                                                     Deputy Clerk