United States District Court
Southern District of Iowa

Date:
In Session at:
Recessed at:

## CLERK'S COURT MINUTES- SENTENCING

Presiding: Honorable
Attorney(s) for Government:
Attorney(s) for Defendant:

| Criminal Number: | : | Court Reporter: |
| UNITED STATES OF AMERICA, | : | Interpreter: |
| Vs. | : | Indictment   Information in   Ct(s) |
| | : | Code Violation/Offense: |
| | : | |
| | : | |
| | : | |

...................................................................................................................................
Defendant appeared on                          and pled guilty to Ct(s)                    and
reaffirms plea.  Jury verdict of guilty to Ct(s)                       returned on
...................................................................................................................................
Minutes:



Judgment:




ORDERED, Restitution:
ORDERED, Crime Victims Fund Assessment:                               Fine:
ORDERED, Count(s) Dismissed:                       Gov. motion          Deft. motion
ORDERED, Commitment withheld until                           at                     .
BOND previously set:                       Bond continued          Deft. committed


Deputy Clerk